IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALVIN ROYBAL, JERRY B. SANCHEZ,
and ANSELMO SMITH,

    Plaintiffs,

vs.                                                                  Civ. No. 13-0025 KG/KBM

CITY OF ALBUQUERQUE,
RICHARD J. BERRY, Mayor,
ROBERT PERRY, Chief Administrative Officer,
VINCENT YERMAL, Director of Human Resources,
MARY SCOTT, Dep. Dir. Human Resources,
BRUCE RIZZIERI, Transit Department Director,
CITY LABOR-MANAGEMENT RELATIONS BOARD,
PAUL I. FORNEY, Attorney,

    Defendants.

### ORDER DISMISSING ALL CLAIMS AGAINST DEFENDANT FORNEY

Having granted the Motion to Dismiss Defendant Paula Forney (Doc. 49) by a Memorandum Opinion and Order entered contemporaneously with this Order Dismissing All Claims Against Defendant Forney,

IT IS ORDERED that all of Plaintiffs' claims against Defendant Paula Forney are dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE