IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALVIN ROYBAL,
JERRY B. SANCHEZ, and
ANSELMO SMITH,

    Plaintiffs,

vs.                                         Civ. No. 13-25 KG/SCY

CITY LABOR-MANAGEMENT RELATIONS BOARD,

    Defendant,

and

CITY OF ALBUQUERQUE,
RICHARD J. BERRY, ROBERT PERRY,
VINCENT YERMAL, MARY SCOTT, and
BRUCE RIZZIERI,

    Counter-Claimants,

vs.

ALVIN ROYBAL,
JERRY B. SANCHEZ, and
ANSELMO SMITH,

    Counter-Defendants.

<u>FINAL SUMMARY JUDGMENT AND DISMISSAL OF ALL CLAIMS
AGAINST DEFENDANT CITY LABOR-MANAGEMENT RELATIONS BOARD</u>

    Having granted, in part, Defendants City Personnel Board, City Labor-Management Relations Board, and Barbara Albin's Motion for Summary Judgment (Docs. 47) by a Memorandum Opinion and Order entered contemporaneously with this Final Summary

Judgment and Dismissal of All Claims Against Defendant City Labor-Management Relations Board,

    IT IS ORDERED that

    1.  summary judgment is entered in favor of Defendant City Labor-Management Relations Board on Counts 1, 3, and 4 of Plaintiffs' First Amended Complaint for Violations of Constitutional and Contractual Rights and Wrongful Termination, Abuse of Process, and Prohibited Labor Practices (Doc. 26) (First Amended Complaint);

    2.  summary judgment is entered in favor of Defendant City Labor-Management Relations Board on the portion of Count 6 of the First Amended Complaint which seeks damages;

    3.  the portion of Count 6 of the First Amended Complaint brought against Defendant City Labor-Management Relations Board which seeks injunctive and declaratory relief is subject to dismissal for failing to state a claim upon which relief can be granted; and

    4.  all of Plaintiffs' remaining claims against Defendant City Labor-Management Relations Board are dismissed with prejudice, thereby terminating Plaintiffs' lawsuit.

_____
UNITED STATES DISTRICT JUDGE