IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

ALVIN ROYBAL,
JERRY B. SANCHEZ, and
ANSELMO SMITH,

    Plaintiffs,

vs.                                             Civ. No. 13-25 KG/SCY

CITY LABOR-MANAGEMENT RELATIONS BOARD,

    Defendant,

and

CITY OF ALBUQUERQUE,
RICHARD J. BERRY, ROBERT PERRY,
VINCENT YERMAL, MARY SCOTT, and
BRUCE RIZZIERI,

    Counter-Claimants,

vs.

ALVIN ROYBAL,
JERRY B. SANCHEZ, and
ANSELMO SMITH,

    Counter-Defendants.

ORDER REMANDING COUNTERCLAIMS

       Having granted, in part, Defendants City Personnel Board, City Labor-Management Relations Board, and Barbara Albin's Motion for Summary Judgment (Docs. 47) by a Memorandum Opinion and Order entered with this Order Remanding Counterclaims,

IT IS ORDERED that the counterclaims in this lawsuit are remanded to the Second Judicial District Court, County of Bernalillo, State of New Mexico.

_____
UNITED STATES DISTRICT JUDGE