IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ALVIN ROYBAL, JERRY B. SANCHEZ,
and ANSELMO SMITH,

      Plaintiffs,

v.   No. 1:13-cv-00025 KG/SCY

CITY OF ALBUQUERQUE,
RICHARD J. BERRY, Mayor,
ROBERT PERRY, Chief Administrative Officer,
VINCENT YERMAL, Director of Human Resources,
MARY SCOTT, Dep.Dir. Human Resources,
BRUCE RIZZIERI, Transit Department Director,
CITY PERSONNEL BOARD,
CITY LABOR-MANAGEMENT RELATIONS BOARD,
BARBARA ALBIN, Hearing Officer,
PAULA I. FORNEY, Attorney,

      Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

THIS MATTER having come before the Court on the Motion To Withdraw Appearance by Paula Forney, individually, and the law firm of Guebert Bruckner P.C., attorneys of record for Defendants City of Albuquerque, Richard Berry, Mayor, Robert J. Perry, Chief Administrative Officer, Vincent Yermal, Director Of Human Resources, Bruce Rizzieri, Transit Department Director and Mary Scott, Deputy Director Human Resources Department, and the Court having been advised FINDS

1.    That these Defendants have consented to this withdrawal and substitute counsel, attorneys of the Albuquerque City Attorney's Office, will enter or have entered their appearances on behalf of these Defendants.

2.    The attorneys seeking to withdraw sought consent from counsel for the other Defendants who have given their consent.

3. The attorneys seeking to withdraw did not seek consent from counsel for Plaintiff, Paul Livingston, because Paul Livingston has been disbarred by the New Mexico Supreme Court.

4. The attorneys seeking to withdraw notified the New Mexico Disciplinary Board to whom this case has been referred by the New Mexico Supreme Court of the filing of this motion.

IT IS HEREBY ORDERED:

1. That this Motion is granted and that Paula Forney, individually, and Guebert Bruckner P.C., be and hereby are permitted to withdraw as attorneys for these Defendants City of Albuquerque, Richard Berry, Mayor, Robert J. Perry, Chief Administrative Officer, Vincent Yermal, Director Of Human Resources, Bruce Rizzieri, Transit Department Director and Mary Scott, Deputy Director Human Resources Department.

2. These Defendants are hereafter represented by Assistant City Attorneys Samantha M. Hults, Melissa M. Kountz and Marie Legrand Miller, Assistant City Attorneys of the Albuquerque City Attorney's Office, PO Box 2248, Albuquerque, NM  87198, telephone (505) 768-4500, fax (505) 768-4525.

_____
UNITED STATES DISTRICT JUDGE

Submitted by:

GUEBERT BRUCKNER P.C.


By   /s/ *Paula Forney*
      Paula Forney
      P.O. Box 93880
      Albuquerque, New Mexico 87199
      (505) 823-2300
      pforney@guebertlaw.com
      *Attorney for City of Albuquerque, Berry,*
      *Perry, Yermal, Scott and Rizzieri*


Approved by:

Deborah D. Wells
2201 San Pedro Drive NE, Bldg 3-200
Albuquerque, NM  87110-5942
(505) 884-7887
ddwells@kmwpc.com
*Attorney for Defendant City Personnel Board,*
*City Management-Relations Board and*
*Barbara Albin*

Rebecca E. Wardlaw
Samantha M. Hults
City of Albuquerque
P.O. Box 2248
Albuquerque, NM 87102
(505) 768-4500
rwardlaw@cabq.gov
shults@cabq.gov
*Attorneys for Defendants City,*
*Berry, Perry, Yermal, Scott*
*and Rizzieri*

Alfred L. Green, Jr.
Butt Thornton & Baehr PC
4101 Indian School Rd. NE, Suite 300S
Albuquerque, New Mexico 87110
(505) 884-0777
algreen@btblaw.com
*Attorney for Defendant Paula Forney*

3

4

Notice provided to:

Jane Gagne
Assistant Disciplinary Counsel
New Mexico Disciplinary Board
P.O. Box 1809
Albuquerque, NM  87103
(505) 842-5781

Paul Livingston
P.O. Box 250
Placitas, NM 87043-0250
(505) 771-4000
living@rt66.com

F:\Clients\6700.002\3-PLEADINGS - FEDERAL COURT\Drafts\13cv00025_KG_SCY_99_Order_Withdrawal_Appearance.doc/jty